UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

SAMANTHA BACA,

    Plaintiff,

vs.

CASE NO.:

The Motor Yacht ENDLESS SUMMER,
Official Number 71013 and ISLAND GIRL,
LTD., a Foreign Corporation

    Defendants.

_____/

### EMERGENCY VERIFIED COMPLAINT
### FOR AN ACTION *IN REM*

The Complaint of SAMANTHA BACA, against the 1991 Motor Yacht ENDLESS SUMMER, Official Number 71013, Call Letters V7GZ2, *in rem*, and ISLAND GIRL, LTD., a Foreign Corporation, *in personam*, seeking enforcement of a maritime lien against the vessel and recovery of sums owed pursuant to a maritime action, in a cause, civil and maritime, alleges as follows:

### Jurisdiction and Parties

1. This is a civil case of admiralty or maritime jurisdiction of which this Court has original jurisdiction pursuant to 46 U.S.C. § 31342(a)(2) and 28 U.S.C. § 1333, and is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. The Plaintiff, SAMANTHA BACA, is an adult female who is a citizen and resident of the State of Florida.

3. The 1991 Motor Yacht ENDLESS SUMMER, Official Number 71013, Call Letters V7GZ2 ("the Vessel"), is or will be during the pendency of the process within this district and

1

within the jurisdiction of this Court. *See* Republic of the Marshall Islands Private Yacht Certificate of Registry attached hereto as **Exhibit A.**

4. The Vessel is currently located at the Bahia Mar Yacht Center, 801 Seabreeze Boulevard, Fort Lauderdale, Florida.

5. ISLAND GIRL, LTD. is a Marshall Islands business entity conducting business in Florida, specifically the ownership, maintenance, and operations of ENDLESS SUMER and the employment and supervision of employees who work aboard ENDLESS SUMMER.

6. On February 22, 2016, SAMANTHA BACA filed an Amended Complaint in State Court in Broward County, Florida against Defendant, ISLAND GIRL, LTD., pursuant to the Jones Act 46 U.S.C. § 30104 as well as the Doctrine of Unseaworthiness.

7. On January 29, 2018, a Broward County, Florida state Court jury returned a verdict in favor of SAMANTHA BACA in case number 16-003324 DIV 14 before Judge Carlos Augusto Rodriguez in the amount of SEVENTY MILLION, FIVE HUNDRED SIXTY THOUSAND AND FIFTY DOLLARS ($70,560,050.00). *See* Verdict attached hereto as **Exhibit B.**

8. On January 30, 2018, Broward County Circuit Court Judge Carlos Augusto Rodriguez entered a Final Judgment in the amount of SEVENTY MILLION, FIVE HUNDRED SIXTY THOUSAND AND FIFTY DOLLARS ($70,560,050.00). *See* Final Judgment attached hereto as **Exhibit C.**

9. An Affidavit of Exigency detailing the reasons in which it is imperative that an arrest of the vessel is made before the vessel departs from the jurisdiction, which upon information and belief is scheduled to imminently occur, is attached hereto as **Exhibit D.**

WHEREFORE, these premises considered, Plaintiff prays as follows:

      A.    That process and due form of law, according to the rules and practice of this Court in causes of maritime and admiralty jurisdiction, may issue against the Vessel, her engines, tackle, apparel, and any tangible property presently located aboard said vessel, citing all persons claiming any interest to appear and answer on oath all and singular the matters stated above.

      B.    That this Court order and adjudge the Vessel be arrested, condemned, seized, and sold to pay the aforesaid demands.

      C.    The judgment be entered against the Vessel, *in rem*, for the aforesaid indebtedness.

      D.    That judgment be entered against ISLAND GIRL, LTD., *in personam*, for the aforesaid indebtedness.

      E.    That Plaintiff may have such other and further relief as the justice of the cause may require.

DATED: JANUARY 30, 2018

          EDWARDS POTTINGER, LLC
          Attorneys for Plaintiff(s)
          425 North Andrews Avenue, Suite 2
          FORT LAUDERDALE, FL 33301
          TEL: (954)524-2820
          FAX: (954)524-2822
          E-mail: brad@epllc.com

          BY: */s/ Bradley J. Edwards*
                BRADLEY J. EDWARDS
                Florida Bar No. 542075
                BRITTANY N. HENDERSON
                Florida Bar No. 118247

**Co-Counsel for Plaintiff**
Adam D. Horowitz
Horowitz Law
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Phone: (954) 641-2100
Facsimile: (954) 828-0596
E-mail: adam@adamhorowitzlaw.com

## JURAT PAGE

_(Signature)_

STATE OF FLORIDA      )
                     ) SS
COUNTY OF BROWARD    )

    BEFORE ME, the undersigned authority, this day personally appeared, __Bradley Edwards__, who is personally known to me /or who has produced _____, and who, after being first duly sworn, deposes and says that he executed the foregoing and that the statements contained therein are true and correct.

    WITNESS my hand and official seal in the County and State last aforesaid, this __30__ day of __January__, 2018.

_____
NOTARY PUBLIC, STATE OF FLORIDA

My Commission Expires:

MARIA W. KELLJCHIAN
MY COMMISSION # GG 061792
EXPIRES: January 11, 2021
Bonded Thru Notary Public Underwriters

4