# EXHIBIT A



# Republic of the Marshall Islands
## Office of the Maritime Administrator

Certificate Number: **226-14-PY**

## Private Yacht Certificate of Registry

**OFFICIAL NUMBER:** 71013  **CALL LETTERS:** V7GZ2  **SERVICE:** PRIVATE YACHT MOTOR
**VESSEL NAME:** ENDLESS SUMMER  **HOME PORT:** Bikini

THIS IS TO CERTIFY THAT pursuant to the provisions of the Republic of the Marshall Islands Maritime Act 1990, MICHAEL E. POOLE having submitted the required declaration of ownership does depose and say that:

| NAME | RESIDENCE | CITIZENSHIP | PROPORTION |
|---|---|---|---|
| ISLAND GIRL, LTD. | MAJURO, MARSHALL ISLANDS | MARSHALL ISLANDS | 100% |

is (are) the sole owner of the herein named and described vessel

**FORMER NAME:** HILARIUM  **YEAR BUILT:** 1991
**BUILT BY:** FEADSHIP  **PLACE BUILT:** Holland, Netherlands
**CLASS SOCIETY:** NOT APPLICABLE  **GROSS TONS:** 477  **NET TONS:** 143
(DUAL TONNAGE VESSEL)  **GROSS TONS:** N/A  **NET TONS:** N/A
**ENGINE MANUFACTURER:** DETROIT
**NO. AND TYPE OF ENGINES:** DIESEL  **PROPELLING POWER(KW):** 1860
**NUMBER OF MASTS:** 1  **NUMBER OF DECKS:** 3  **HULL MATERIAL:** STEEL
**LENGTH:** 133.20 F  **BREADTH:** 28.30 F  **DEPTH:** 15.50 F  **HEIGHT(if applicable):** N/A

and WHEREAS the Republic of the Marshall Islands Maritime Administrator, approved the application of the aforesaid owner for registration of the vessel and whereas the owner has complied with the requirements for registration and submitted same, the vessel is therefore duly registered under the laws of the Republic of the Marshall Islands.

This Certificate of Registry and all rights and privileges accorded thereunder, shall remain valid on a continuous basis, provided the owner has complied with the requirements for revalidation and a copy of the current year's Annual Tonnage Tax Receipt is attached hereto.

This Certificate is Only Valid while the Vessel Remains in Laid-Up Status and is Not Valid for Navigation.

Issued by the Authority of the Maritime Administrator of the Republic of the Marshall Islands at Ft. Lauderdale, Florida, U.S.A. this 17th day of June, 2014.

Guy E. C. Maitland
Senior Deputy Commissioner

Yenny Rio



MI-200PY (Rev. 10/11)