# EXHIBIT C

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.: CACE-16-003324 (14)

**SAMANTHA BACA**,

    Plaintiff,

vs.

**ISLAND GIRL, LTD**.,

    Defendant.

_____/

## FINAL JUDGMENT

Pursuant to the Verdict in this action, it is

**ADJUDGED** that Plaintiff, **SAMANTHA BACA**, 5919 Duckweed Road, Lake Worth, FL 33449, shall have and recover from the Defendant, ISLAND GIRL, LTD., whose addresses are, 2401 PGA Blvd, #260, Palm Beach Gardens, FL 33410 (State of Florida Application for Vessel Certificate of Title), and 4064 Cadle Creek Road, Edgewater, Maryland 21037, (as identified by Michael Poole), the sum of ($70,560,050.00), SEVENTY MILLION, FIVE HUNDRED SIXTY THOUSAND AND FIFTY and 00/100 Dollars, together with interest at the rate of 5.53% per annum (.0151507% per diem) from the date of this Judgment until satisfied, for which let execution issue forthwith. Plaintiff, SAMANTHA BACA, prevailed on her claims under both The Jones Act and the Unseaworthiness Doctrine.

The Court further retains jurisdiction to address post trial motions regarding entry of additional and further judgment for taxable costs.

DONE AND ORDERED in Chambers, at Fort Lauderdale, Broward County, Florida, this 30th day of January, 2018.

_____
Honorable Carlos Augusto Rodriguez
CIRCUIT COURT JUDGE

*CARLOS A. RODRIGUEZ — JAN 30 2018 — A True Copy*

Copies furnished:
Bradley J. Edwards
Adam D. Horowitz
J. Michael Pennekamp
Richard P. Morris